No. D–1467.  IN RE DISBARMENT OF WILSON.  It is ordered that Grafton B. Wilson II, of Gainesville, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1468.  IN RE DISBARMENT OF LAUDANI.  It is ordered that A. David Laudani, of Eastpointe, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.  TEXAS v. NEW MEXICO.  Motion of the River Master for fees and expenses granted, and the River Master is awarded a total of $972 for the period July 1 through September 30, 1994, to be paid equally by the parties.  [For earlier order herein, see, *e. g., ante*, p. 803.]

No. 108, Orig.  NEBRASKA v. WYOMING ET AL.  Motion of the Special Master for award of compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $180,833.83 for the period April 1 through September 30, 1994, to be paid as follows: 30% to be paid by each Nebraska and Wyoming, 15% to be paid by Colorado, and 25% to be paid by the United States.  [For earlier order herein, see, *e. g., ante*, p. 923.]

No. 121, Orig.  LOUISIANA v. MISSISSIPPI ET AL.  Report of the Special Master received and ordered filed.  Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.  Reply briefs, if any, may be filed by the parties within 30 days.  [For earlier order herein, see, *e. g., ante*, p. 804.]

No. 93–1318.  INTERSTATE COMMERCE COMMISSION v. TRANSCON LINES ET AL.  C. A. 9th Cir.  [Certiorari granted, 511 U. S. 1029.]  Motion of respondents for leave to file a supplemental brief after argument granted.

No. 93–1783.  DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR v. NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. ET AL.  C. A. 4th Cir.  [Certiorari granted, 512 U. S. 1287.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.